9/6/2018 4:44 PM
Chris Daniel - District Clerk Harris County
Envelope No. 27321120
By: Nelson Cuero
Filed: 9/6/2018 4:44 PM

*2018-60699 / Court: 234*

Cause No. _____

| | | |
|---|---|---|
| GLOBAL ENVIRONMENTAL SOLUTIONS, INC. | § § § § § | In The District Court of |
| *Plaintiff* | § § | |
| vs. | § § § | Harris County, Texas |
| ROBERT I. JOHNSTON and SHANE JOHNSTON | § § § § | |
| *Defendants* | § | |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Comes now Plaintiff Global Environmental Solutions, Inc., which files this Original Petition against Defendants Robert I. Johnston and Shane Johnston asserting the causes of action detailed below:

### I. Parties

1. Global Environmental Solutions, Inc. ("GES") doing business as Global Energy Solutions, is a Maine Corporation with its principal place of business at 707 Sable Oaks Dr #150, South Portland, ME 04106.

2. Robert I. Johnston is an individual who may be served with process at his place of business located at 3535 Briarpark Drive, Suite 135, Houston, Texas 77042.

3. Shane Johnston is an individual who may be served with process at his place of business located at 3535 Briarpark Drive, Suite 135, Houston, Texas 77042.



EXHIBIT A

## II. Jurisdiction and Venue

4. This Court has jurisdiction over the subject matter of this lawsuit as the amount in controversy exceeds the minimum jurisdictional requirements.

5. Venue is proper in Harris County, Texas, in that a substantial part of the act and omissions at issue in this matter took place in Harris County.

## III. Discovery Control Plan

6. For purposes of Rule 190.1, Plaintiff alleges that this matter will involve matters making a Level 2 discovery plan appropriate. Plaintiff reserves the right to request entry of an order establishing a Level 3 discovery control plan.

7. Plaintiff seeks monetary relief over $1,000,000.

## IV. Facts

8. GES is in the business of providing services related to pipeline construction.

9. Robert I. Johnston and Shane Johnston are construction managers for Associated Pipe Line Contractors, Inc. ("Associated").

10. In particular, both Robert I. Johnston and Shane Johnston have responsibilities relating to the clearing and preparation of pipeline rights-of-way, which is one of the businesses in which GES engages.

11. GES became interested in purchasing Associated in 2014.

12. GES expressed interest in purchasing Associated as an effort to expand the business of GES.

13. As discussions ensued, GES obtained two Subcontract Agreements from Associated for clearing rights-of-way on what were known as the "Leach Xpress Project – East" and the "Leach Xpress Project – West."

2

Certified Document Number: 81589959 - Page 2 of 6

14. GES obtained both Subcontract Agreements through negotiations with Paul Somerville, the principal owner of Associated, and Shane Johnston, vice president of Associated.

15. The Subcontract Agreements were managed, however, by Robert I. Johnston and Shane Johnston on behalf of Associated.

16. GES learned after executing the Subcontract Agreements that Robert I. Johnston and Shane Johnston were also negotiating with Paul Somerville to purchase and control Associated, either on their own behalf or through an Employee Stock Option Program.

17. GES continued to express interest in purchasing Associated as certain timelines under the Subcontract Agreements approached.

18. One milepost on those timelines was the Notice of Intent to Proceed with the work under the Subcontract Agreements, which Associated had committed to give no later than November 1, 2016.

19. The purpose of this milepost was to give GES time to mobilize personnel and equipment in an orderly fashion to achieve the contractual deadlines for substantial completion.

20. Robert I. Johnston and Shane Johnston were in control of when the Notice of Intent to Proceed was given.

21. One of the contractual deadlines was for "hand felling," and that deadline was March 31, 2017.

22. GES could not begin work to achieve that deadline until it had been given the Notice of Intent to Proceed.

23. Through Robert I. Johnston and Shane Johnston, Associated delayed the Notice of Intent to Proceed until February 14, 2017, giving GES only six weeks to reach the contractual deadline rather than the twenty-five weeks contemplated by the Subcontract Agreements.

24. Associated offered no relief from the deadline for substantial completion of the hand felling work.

25. Mindful of its relationship with the principal owner of Associated, and still vying to purchase that company, GES nonetheless mobilized and substantially completed the hand felling in accordance with the contracted-for deadline with the help of other Associated-hired felling subcontractors.

26. While the work continued, GES continued to encounter unexplained difficulties with Associated.

27. In response to a minor incident on part of the project, for example, Associated demanded a face-to-face meeting, threatened termination, and barred project access of an entire GES-provided crew from the project (while later allowing some of the very same individuals to work on the project through other subcontractors).

28. Again mindful of its relationship with the principal owner and still seeking to negotiate a purchase, GES mobilized an extensive response to address all of the concerns expressed by certain management within Associated.

29. Nonetheless, just as GES completed the hand-felling stage of the work with other subcontractors mobilized by Associated as a result of the accelerated schedule and challenges presented by Associated (within the deadline), Associated sent two letters terminating the Subcontract Agreements.

4

30. The letters stated the termination was "for cause" when in fact it was "for convenience."

31. Based on that determination, which was controlled within Associated by Robert I. Johnston and Shane Johnston, Associated has refused to pay the appropriate amounts for the termination under the Subcontract Agreements.

### V. Cause of Action: Tortious Interference with Contract

32. Both Robert I. Johnston and Shane Johnston were aware of the contractual relationship between GES and Associated.

33. Both Robert I. Johnston and Shane Johnston interfered with the relationship and made performance of the contractual relationships more burdensome.

34. In particular, each deliberately delayed notices under the Subcontract Agreements, and each caused those Subcontract Agreements to be terminated under the false pretense of "for cause" when in fact each did so for their own personal reasons.

35. Each was motivated in these actions by a desire to prevent GES from purchasing Associated.

36. As a direct and proximate result of the interference, GES has been damaged in the amount of $10,402,962.

### VI. Jury Demand

37. Plaintiff demands a jury trial.

5

Certified Document Number: 81589959 - Page 5 of 6

### VII. Request for Disclosure

38. Pursuant to Texas Rule of Civil Procedure, Plaintiff request that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### VIII. Prayer

For the reasons stated, Plaintiff asks that Defendants be cited to appear and answer and on final trial that Plaintiff be awarded judgment against Defendants for the following:

Actual Damages,

Prejudgment and post-judgment interest,

All costs of Court, and

All other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**LISKOW & LEWIS**

By: /s/ *Paul Matthew Jones*
Paul Matthew Jones
Texas Bar No. 03965500
Jillian M. Marullo
Texas Bar No. 24080504
Hilary C. Soileau
Texas Bar No. 24106452
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: 713-651-2900
Facsimile: 713-651-2908
E-mail: mjones@liskow.com
E-mail: jmmarullo@liskow.com
E-mail: hcsoileau@liskow.com

*Attorneys for Global Energy Solutions, Inc.*

9/19/2018 3:50 PM
Chris Daniel - District Clerk Harris County
Envelope No. 27649705
By: SASHA PRINCE
Filed: 9/19/2018 3:50 PM

CAUSE NO. 201860599

RECEIPT NO.                         0.00        ATY
                                    TR # 73535036

PLAINTIFF: GLOBAL ENVIRONMENTAL SOLUTIONS INC         In The 234th
    vs.                                               Judicial District Court
DEFENDANT: JOHNSTON, ROBERT I                         of Harris County, Texas
                                                      234TH DISTRICT COURT
                                                      Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: JOHNSTON, ROBERT I
    3535 BRIARPARK DRIVE SUITE 125   HOUSTON TX  77042

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 6th day of September, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 12th day of September, 2018, under my hand and seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
ASH, MICHAEL V.                          Harris County, Texas
1001 FANNIN, SUITE 1860                  201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 651-2639
BAR NO.: 3965500                         Generated By: RAMEY, MERCEDES NATASHA
                                         2Y1/71103836

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the ___ day of _____

Executed at (address) _____ in

_____ County at _____ o'clock ___.M. on the ___ day of _____

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying ____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ___ day of _____

FEE: $_____

                                    _____ of _____ County, Texas

                                    By _____
          Affiant                                        Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this ___ day of _____

                                    _____
                                    Notary Public

*73535036*

Certified Document Number: 81777794 - Page 1 of 2

## AFFIDAVIT OF SERVICE

Cause No. 2018-60699

In The District Court of Harris County, Texas
234th Judicial District

GLOBAL ENVIRONMENTAL
SOLUTIONS, INC.
    *Plaintiff*

VS.

ROBERT I. JOHNSTON and SHANE
JOHNSTON
    *Defendants*

Came to hand on September 13, 2018, at 12:10 p.m.

Executed at 3535 Briarpark Drive, Suite 135, Houston, Texas 77042, within the County of Harris at 10:22 a.m. on September 17, 2018, by delivering to the within named:

ROBERT I. JOHNSTON, in person, delivered a true copy of this Citation with Plaintiff's Original Petition and Request for Disclosure, with the date of delivery endorsed thereon by me and informed said person of the contents therein, in compliance with state statutes.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
David A. Garza
Republic Services
4202 Sherwood, Houston, Texas 77092
713.957.0094

DAVID A. GARZA
Authorized Private Process Server
TEXAS SERVER LIC# PSC-502
EXPIRES: 7-31-2020

## VERIFICATION

STATE OF TEXAS §
COUNTY OF HARRIS §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **David A. Garza**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office on this _____.

JEFF W CIOLINO
Notary Public, State of Texas
Comm Expires 08-19-2022
Notary ID 4891969

NOTARY PUBLIC, STATE OF TEXAS

9/19/2018 3:46 PM
Chris Daniel - District Clerk Harris County
Envelope No. 27648757
By: SASHA PRINCE
Filed: 9/19/2018 3:46 PM

CAUSE NO. 201860699

RECEIPT NO.        0.00    ATY
********            TR # 73535041

PLAINTIFF: GLOBAL ENVIRONMENTAL SOLUTIONS INC
                                                    In The  234th
                                                    Judicial District Court
DEFENDANT: JOHNSTON, ROBERT T                        of Harris County, Texas
                                                    234th DISTRICT COURT
                                                    Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: JOHNSTON, SHANE
    3555 BRIARPARK DRIVE SUITE 135   HOUSTON TX   77042
    Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

This instrument was filed on the 6th day of September, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 12th day of September, 2018, under my hand and seal of said Court.

Issued at request of:
JONES, PAUL MATTHEW                         CHRIS DANIEL, District Clerk
1001 FANNIN STREET SUITE 1800               Harris County, Texas
HOUSTON, TX  77002                          201 Caroline, Houston, Texas 77002
Tel: (713) 651-2900                         (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 10333500
                                            Generated By: RAMEY, MERCEDES NATASHA
                                            2Y17/11038338

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____,
Executed at (Address) _____
_____ County at _____ o'clock ____.M., on the _____ day of _____,
_____ by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____.

FEE: $ _____
                                                    _____
                                                    _____ of _____ County, Texas

                                                    By _____
Affiant                                                                Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____.

                                                    _____
                                                    Notary Public

*73535041*

Certified Document Number: 81777793 - Page 1 of 2

## AFFIDAVIT OF SERVICE

Cause No. 2018-60699

In The District Court of Harris County, Texas
234th Judicial District

GLOBAL ENVIRONMENTAL
SOLUTIONS, INC.
    *Plaintiff*

VS.

ROBERT I. JOHNSTON and SHANE
JOHNSTON
    *Defendants*

Came to hand on September 13, 2018, at 12:10 p.m.

Executed at 3535 Briarpark Drive, Suite 135, Houston, Texas 77042, within the County of Harris at 2:58 p.m. on September 14, 2018, by delivering to the within named:

**SHANE JOHNSTON, in person, delivered a true copy of this Citation with Plaintiff's Original Petition and Request for Disclosure, with the date of delivery endorsed thereon by me and informed said person of the contents therein, in compliance with state statutes.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
David A. Garza
Republic Services
4202 Sherwood, Houston, Texas 77092
713.957.0094

DAVID A. GARZA
Authorized Private Process Server
TEXAS SERVER LIC# PSC-502
EXPIRES: 7-31-2020

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF HARRIS     §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **David A. Garza**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office on this ___9/15/2018___



JEFF W. CIOLINO
Notary Public, State of Texas
Comm. Expires 08-19-2022
Notary ID 4891969

NOTARY PUBLIC, STATE OF TEXAS

Certified Document Number: 81777793 - Page 2 of 2